UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 22, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| Coding Technologies, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-17-2631 |
| | § | |
| BNSF Railway Company, | § | |
| | § | |
| Defendant. | § | |

## Transfer of Venue

BNSF Railway Company is incorporated in Delaware, and its principal place of business is in Fort Worth, Texas. Coding Technologies, LLC, has not shown that the railway allegedly infringed on its patents in this district.

Venue is proper in Delaware.[1] This case is transferred to the United States District Court for the District of Delaware.

Signed on December 22, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge

---

[1] 28 U.S.C. §1400(b); *TC Heartland, LLC, v. Kraft Foods Group Brands, LLC*, 137 S.Ct. 1514 (2017).