IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODING TECHNOLOGIES, LLC<br><br>  Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY<br><br>  Defendant. | Case No: 1:17-CV-1847-RGA |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Coding Technologies LLC ("Coding Technologies") and Defendant BNSF Railway Company ("BNSF"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and subject to the approval of the Court, to dismiss all of Coding Technologies' claims WITH PREJUDICE and all of BNSF's counterclaims WITHOUT PREJUDICE, with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| Dated: January 29, 2018 | Respectfully Submitted, |
| */s/ Jay Johnson* | */s/ Jeremy D. Anderson* |
| Jay Johnson<br>State Bar No. 24067322<br>Brad Kizzia<br>State Bar No. 11547550<br>**KIZZIA JOHNSON PLLC**<br>1910 Pacific Ave., Suite 13000<br>Dallas, TX 75201<br>(214) 451-0164<br>Fax: (214) 451-0165<br>jay@kjpllc.com<br>bkizzia@kjpllc.com<br><br>**ATTORNEYS FOR CODING TECHNOLOGIES, LLC** | Jeremy D. Anderson (#4515)<br>FISH & RICHARDSON PC<br>222 Delaware Ave., 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19801<br>(302) 652-5070 Telephone<br>(302) 652-0607 Facsimile<br>janderson@fr.com<br><br>**ATTORNEYS FOR DEFENDANT BNSF RAILWAY COMPANY** |

**IT IS SO ORDERED** this ____ day of _____, 2018.

_____
United States District Court Judge