### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODING TECHNOLOGIES, LLC § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> BNSF RAILWAY COMPANY § <br> § <br> Defendant. § <br> § | Case No: 1:17-CV-1847-RGA |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Coding Technologies LLC ("Coding Technologies") and Defendant BNSF Railway Company ("BNSF"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and subject to the approval of the Court, to dismiss all of Coding Technologies' claims WITH PREJUDICE and all of BNSF's counterclaims WITHOUT PREJUDICE, with each party to bear its own attorney's fees and costs.

Dated: January 29, 2018

*/s/ Jay Johnson*
Jay Johnson
State Bar No. 24067322
Brad Kizzia
State Bar No. 11547550
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave., Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR CODING TECHNOLOGIES, LLC**

Respectfully Submitted,

*/s/ Jeremy D. Anderson*
Jeremy D. Anderson (#4515)
FISH & RICHARDSON PC
222 Delaware Ave., 17th Floor
P.O. Box 1114
Wilmington, DE 19801
(302) 652-5070 Telephone
(302) 652-0607 Facsimile
janderson@fr.com

**ATTORNEYS FOR DEFENDANT BNSF RAILWAY COMPANY**

IT IS SO ORDERED this _30_ day of _January_, 2018.

_____
United States District Court Judge